McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00170-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| VICTOR MANUEL JIMENEZ-GUZMAN, | DATE: January 14, 2021 |
| Defendant. | TIME: 10:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Victor Manuel Jimenez-Guzman, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 14, 2021.

2. By this stipulation, the defendant now moves to continue the status conference until February 11, 2021, and to exclude time between January 14, 2021, and February 11, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery in this case totaling more than 100 pages of documents.

   b) Counsel for the defendant desires additional time to consult with her client, review the current charges, conduct investigation and research related to the charges, review discovery related to the matter, and discuss potential resolutions with her client.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1          c)      Counsel for the defendant believes that failure to grant the above-requested
2 continuance would deny her the reasonable time necessary for effective preparation, taking into
3 account the exercise of due diligence.

4          d)      The government does not object to the continuance.

5          e)      Based on the above-stated findings, the ends of justice served by continuing the
6 case as requested outweigh the interest of the public and the defendant in a trial within the
7 original date prescribed by the Speedy Trial Act.

8          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9 et seq., within which trial must commence, the time period of January 14, 2021 to February 11,
10 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
11 T4] because it results from a continuance granted by the Court at the defendant's request on the
12 basis of the Court's finding that the ends of justice served by taking such action outweigh the
13 best interest of the public and the defendant in a speedy trial.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: January 11, 2021 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ SAM STEFANKI<br>SAM STEFANKI<br>Assistant United States Attorney |
| Dated: January 11, 2021 | /s/ CHRISTINA SINHA<br>CHRISTINA SINHA<br>Counsel for Defendant<br>VICTOR MANUEL JIMENEZ-GUZMAN |

**ORDER**

IT IS SO ORDERED.

Dated: January 12, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE