HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
VICTOR JIMENEZ GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-170-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO ACCEPT ELECTRONIC SIGNATURES UNDER GENERAL ORDER 616** |
| vs. | |
| VICTOR JIMENEZ GUZMAN, | Date: March 18, 2021<br>Time: 10:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Sam Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Jimenez Guzman, that the plea agreement in this matter may be signed by Mr. Jimenez Guzman via electronic signature.

On April 15, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 616, "Consent and Signature Requirements on Documents Filed in Criminal Actions During the COVID-19 Public Emergency" ("G.O. 616"). For the reasons detailed in G.O. 616, defense counsel is authorized to electronically sign documents on her client's behalf using the format "/s/ name" if the following conditions are met:

1. The defendant has had an opportunity to consult with counsel;

2. The defendant consents to counsel signing on the his behalf; and

3. The judge presiding over the case makes a finding that "obtaining an actual signature is impracticable or imprudent in light of the public health situation relating to COVID-19."

Defense counsel represents that all three conditions have been met here. Therefore, the parties stipulate as follows, and respectfully request the Court to find that:

1. Mr. Jimenez Guzman has had an opportunity to consult with undersigned defense counsel regarding this matter;

2. Mr. Jimenez Guzman consents to undersigned defense counsel signing the plea agreement on his behalf; and

3. In light of the COVID-19 pandemic, obtaining an actual signature from Mr. Jimenez Guzman, who is currently incarcerated at the Sacramento County Jail, is both impracticable and imprudent, as it would unnecessarily increase the likelihood that the relevant parties and those who come into contact with them will be exposed to COVID-19.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 5, 2021                 */s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
VICTOR JIMENEZ GUZMAN


Date: March 5, 2021                 PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Sam Stefanki*
SAM STEFANKI
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED**.

Dated: March 9, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE