HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
VICTOR JIMENEZ GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:20-CR-170-MCE |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER REGARDING** |
| | ) **VIDEO-TELECONFERENCE CHANGE OF** |
| vs. | ) **PLEA & SENTENCING** |
| | ) |
| VICTOR JIMENEZ GUZMAN , | ) Date:   March 18, 2021 |
| | ) Time:  10:00 A.M. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States

Attorney Phillip A. Talbert, through Assistant United States Attorney Sam Stefanki, counsel for

Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina

Sinha, counsel for Mr. Jimenez Guzman, that the combination change of plea and sentencing

hearing in this matter may proceed by video-conference ("VTC").  The parties specifically

stipulate as follows:

    1.    On March 30, 2020, Chief United States Judge Mueller issued General Order 614,

          "Coronavirus Public Emergency Authorizing Video-teleconferencing and

          Telephone Conferencing for Criminal Proceedings Under Section 15002 of the

          Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes

          the use of videoconferencing – or telephone phone conferencing if

          videoconference is not reasonably available – in various criminal proceedings,

1    including felony changes of plea and sentencing hearings.

2    2.    On January 4, 2021, General Order 628 ("GO 628") extended General Order 614

3          for an additional 90 days.

4    3.    GO 628 authorizes felony changes of plea and sentencing hearings to proceed via

5          VTC if:

6          i)    The judge of the case finds, for specific reasons, that a felony

7                change of plea and sentencing cannot be further delayed without

8                serious harm to the interests of justice; and

9          ii)   The defendant, following consultation with counsel, consents to

10               appearing for the change of plea and sentencing hearing via VTC.

11   4.    The parties stipulate that for specific reasons, the change of plea and sentencing in

12         this matter cannot be further delayed without serious harm to the interests of

13         justice.  Specifically, Mr. Jimenez Guzman seeks to accept a Fast Track offer,

14         which by its nature is time-limited; both parties have an interest in ensuring that

15         the offer can be accepted by the Court before its expiration.

16   5.    The defense has affirmed, and both parties stipulate, that Mr. Jimenez Guzman

17         has had an opportunity to consult with counsel regarding the nature of his

18         appearance for his change of plea and sentencing hearing, and following such

19         consultation, he consents to appearing for his change of plea and sentencing

20         hearing via VTC.

21   6.    The parties therefore respectfully request this Court to find that the change of plea

22         and sentencing in this matter may proceed via VTC as currently scheduled.

23   (Signatures immediately follow on next page.  The remainder of this page is intentionally blank.)

24

25

26

27

28

1

2                                    Respectfully submitted,

3                                    HEATHER E. WILLIAMS
                                     Federal Defender
4
        Date: March 5, 2021          */s/  Christina Sinha*
5                                    CHRISTINA SINHA
                                     Assistant Federal Defender
6                                    Attorneys for Defendant
                                     VICTOR JIMENEZ GUZMAN
7

8
        Date: March 5, 2021          PHILLIP A. TALBERT
9                                    Acting United States Attorney

10
                                     */s/ Sam Stefanki*
11                                   SAM STEFANKI
                                     Assistant United States Attorney
12                                   Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2      The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4      **IT IS SO ORDERED**.

5      Dated:  March 9, 2021

6

7

                    MORRISON C. ENGLAND, JR.

8                    SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28